**FILED**

APR 2 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing
4·28 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON CHRIST, | No. C 11-1304 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| S. McGREW, | (Docket No. 12) |
| Defendant. | |

This is a civil rights case brought pro se by a state prisoner incarcerated at the California State Prison in Avenal, California. The case was filed in state court and defendant B. Weiglein removed it to federal court because the complaint asserted a violation of federal law. Defendant is located at the California State Prison in Solano, California, where the events that give rise to plaintiff's claims are alleged to have taken place. Both Solano and Avenal are located within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. See 28 U.S.C. 1391. Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S.C. 1404(a), 1406(a). Ruling on plaintiff's motion for permission to correspond with other inmates (docket number 12) is deferred to the Eastern District.

The clerk shall transfer this matter forthwith, and terminate docket number 12.

**IT IS SO ORDERED.**

Dated: April ____, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\CHRIST1304.TRN.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHRIST,

        Plaintiff,

v.

MCCRAW,

        Defendant.
_____/

Case Number: CV11-01304 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jon Christ E-12150
Avenal State Prison
PO Box 900
Avenal, CA 93204

Dated: April 28, 2011

                                      Richard W. Wieking, Clerk

                                      By: Barbara Espinoza, Deputy Clerk