KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
MICHAEL W. JORGENSON, State Bar No. 201145
Supervising Deputy Attorney General
JULIANNE MOSSLER, State Bar No. 243749
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 703-5746
 Fax: (415) 703-5843
 E-mail: Julianne.Mossler@doj.ca.gov
Attorneys for Defendant McCraw

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JON CHRIST,**<br><br>                                          Plaintiff,<br><br>v.<br><br>**S. McCRAW, et al.,**<br><br>                                          Defendants. | 11-CV-01156 GEB JFM (PC)<br><br>**STIPULATION TO STAY BRIEFING ON PLAINTIFF'S MOTION FOR AN ORDER PERMITTING HIM TO CORRESPOND WITH THIRD-PARTY WITNESSES; ORDER**<br><br>Judge     Hon. Garland E. Burrell, Jr.<br>Trial Date   TBD<br>Action Filed:  11/2/2010 |

   Plaintiff John Christ, and Defendant McCraw through his counsel of record, jointly request that the Court enter an order staying further briefing on Plaintiff's motion for an order permitting him to correspond with third-party witnesses (Docket No. 12) for the following reasons:

   1.   On May 18, 2011, Magistrate Judge John F. Moulds issued an order instructing Defendant to file and serve a response to the complaint, and also file and serve a response to Plaintiff's motion for an order permitting him to correspond with inmate witnesses by June 7, 2011.  (Docket No. 22.)

   2.   In response to that order, counsel for Defendant has been in contact with prison officials California State Prison, King-Avenal (Avenal), where Plaintiff is currently confined, and California State Prison, Solano (Solano), where the third-party witnesses are confined, to discuss

1

Stip. Stay Briefing Mot. Corresp. Third-Party Witnesses; Order (11-CV-01156 GEB JFM (PC))

the matter of Plaintiff's request to correspond with other inmates. Plaintiff and Defendant's counsel also met and conferred about the matter over the telephone on the morning of June 7, 2011.

    3.    The parties are informed and believe that Plaintiff's request for permission to correspond with inmates at Solano has been approved by prison officials at Avenal, and is awaiting consideration and approval by officials at Solano. The parties have a good-faith belief that Solano will also approve the request, but the timeline for that approval is uncertain.

    4.    In order to preserve Court resources, the parties request that the briefing schedule for Defendant's opposition and Plaintiff's reply set out in the May 18, 2011 order (Docket No. 22) be stayed until such time as Solano issues a response to Plaintiff's request to correspond with inmates at that institution.

    5.    In the event that Solano approves Plaintiff's request, he will, within 14 days of receiving that approval, file a notice of withdrawal of his motion for a court order permitting him to correspond with the inmates at Solano.

    6.    On the other hand, if Solano denies Plaintiff's request, within 14 days of receiving notice of that denial from Plaintiff, Defendant file his opposition to Plaintiff's motion for an order permitting him to correspond with third-party witnesses.

IT IS SO AGREED.

DATED: June 7, 2011

/s/ Julianne Mossler
JULIANNE MOSSLER
Deputy Attorney General
Attorney for Defendant McCraw

DATED: June 7, 2011

_____
JOHN CHRIST
Plaintiff in pro se

IT IS SO ORDERED.
DATED: June 10, 2011

UNITED STATES MAGISTRATE JUDGE

SF2011400226
20463216.doc

2

Stip. Stay Briefing Mot. Corresp. Third-Party Witnesses; Order (11-CV-01156 GEB JFM (PC))